**AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)**

<table>
<tr><td colspan="3" align="center">**Return**</td></tr>
<tr>
<td>**Case No.:**<br><br>4564962-PMN 26-6140</td>
<td>**Date and time warrant executed:**<br><br>5/6/26 1400</td>
<td>**Copy of warrant and inventory left with:**<br><br>USPS</td>
</tr>
<tr>
<td colspan="2">**Inventory made in the presence of:**<br><br>PI Ricky Glass</td>
<td>**USPS Tracking Number:**<br><br>9434 6361 0907 1278 5312 89</td>
</tr>
<tr>
<td colspan="3">**Inventory of the property taken and name of any person(s) seized:**<br><br>Subject parcel #1289 was opened at the USPIS Rio Salado Domicile. Upon opening the parcel, Postal Inspectors discovered nothing of evidentiary value, and the parcel was repackaged and placed back into mail stream for routine processing. ///End of Statement///</td>
</tr>
<tr><td colspan="3" align="center">**Certification**</td></tr>
<tr>
<td colspan="3">　I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br><br>**Date:** 5/6/26<br><br>Digitally signed by Ricky Glass<br>Date: 2026.05.06 14:18:18 -07'00'<br><br>_____<br>*Executing officer's signature*<br><br><br>_____<br>*Printed name and title*</td>
</tr>
</table>

# *UNITED STATES DISTRICT COURT*

*District of Arizona*

*In the Matter of the Search of*:

**SUBJECT PARCEL**:  One (1) USPS Ground Mail parcel bearing USPS tracking number 9434 6361 0907 1278 5312 89, addressed to "Jose Hernandez Hernandez, 352 N. Primrose Ln., Maricopa, AZ 85138", with a return address of "Phx Phx-DHL, 2350 E. Riverview Drive, Suite 100, Phoenix, AZ 85034". It is a white box measuring 12.25" X 12.5" X 6"; weighing approximately 41 pounds and 7 ounces; postmarked May 1, 2026; and bearing $41.68 in postage.

**SEARCH WARRANT**

Case Number:    26-6140MB

TO:   Ricky Glass and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Ricky Glass, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One (1) USPS Ground Mail parcel bearing USPS tracking number 9434 6361 0907 1278 5312 89, addressed to "Jose Hernandez Hernandez, 352 N. Primrose Ln., Maricopa, AZ 85138", with a return address of "Phx Phx-DHL, 2350 E. Riverview Drive, Suite 100, Phoenix, AZ 85034". It is a white box measuring 12.25" X 12.5" X 6"; weighing approximately 41 pounds and 7 ounces; postmarked May 1, 2026; and bearing $41.68 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   May 19, 2026
(not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

May 5, 2026@4:00pm
Date and Time Issued

at   Phoenix, Arizona
City and State

HONORABLE ALISON S. BACHUS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer